AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Christopher Young, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:21-cv-01696-JD |
| Christopher Maitland, Eric McDaniel | ) |
| *Defendant(s)* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is entered in favor of Defendants, Christopher Maitland, and Eric McDaniel. Plaintiff, Christopher Young, shall take nothing of Defendants, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge and granted Defendant's motion for summary judgment.

Date:   January 31, 2022

ROBIN L. BLUME, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*